UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

FRANK MANFRED, II,

      Plaintiff,

v.

BENNETT LAW, A PROFESSIONAL LIMITED
LIABILITY COMPANY d/b/a BENNETT LAW,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

3.     With respect to Plaintiff's claim under the TCPA, the Court has both diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are diverse, Florida and Utah. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for

damages of up to $1,500 per violation. Accordingly, the amount in controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

4.     Plaintiff, FRANK MANFRED, II, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

5.     Defendant, BENNETT LAW, A PROFESSIONAL LIMITED LIABILITY COMPANY d/b/a BENNETT LAW, is a limited liability company. All of its members are believed to be citizens of the State of Utah with its principal place of business at Suite 200, 10542 South Jordan Gateway, South Jordan, Utah 84095.

6.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7.     Defendant regularly collects or attempts to collect debts for other parties.

8.     Defendant is a "debt collector" as defined in the FDCPA.

9.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

10.     Defendant sought to collect from Plaintiff an alleged debt arising from

transactions incurred for personal, family or household purposes.

11.     Defendant left the following message on Plaintiff's voice mail on his

cellular telephone on or about the dates stated:

July 23, 2010 at 6:43 PM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

July 24, 2010 at 12:12 PM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

July 28, 2010 at 10:35 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

July 29, 2010 at 11:00 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

<u>July 30, 2010 at 6:31 PM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>July 31, 2010 at 11:00 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 2, 2010 at 10:55 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 3, 2010 at 10:28 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 4, 2010 at 11:01 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 5, 2010 at 10:29 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

August 6, 2010 at 10:39 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

August 7, 2010 at 10:46 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

August 9, 2010 at 10:40 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

August 10, 2010 at 10:18 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an
important business matter at 1-877-749-2590 in reference to file number
15687622. We have representatives available to help you between the hours
of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You
may also reach us on Saturday between the hours of 7 AM and 12 PM
Mountain Standard Time.

<u>August 11, 2010 at 6:46 PM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 12, 2010 at 10:13 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 13, 2010 at 10:34 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 14, 2010 at 10:42 AM – Pre-Recorded Message</u>
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

<u>August 16, 2010 at 10:38 AM – Pre-Recorded Message</u>
In reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time or if you wish to speak with a representative now, please dial 1.

<u>August 17, 2010 at 10:16 AM – Pre-Recorded Message</u>

This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 18, 2010 at 10:36 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 19, 2010 at 10:16 AM – Pre-Recorded Message
Number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time or if you with to speak wish a representative now, please dial 1.

August 20, 2010 at 9:59 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 21, 2010 at 10:02 AM – Pre-Recorded Message
File number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time or if you wish to speak with a representative now, please dial 1.

August 23, 2010 at 9:59 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number

15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 24, 2010 at 9:49 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 25, 2010 at 10:03 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 26, 2010 at 9:49 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 27, 2010 at 9:59 – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 28, 2010 at 10:02 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number

15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 30, 2010 at 10:00 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

August 31, 2010 at 9:49 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 1, 2010 at 10:03 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 2, 2010 at 9:49 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 10, 2010 at 9:49 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number

15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 11, 2010 at 10:03 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 13, 2010 at 10:17 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 14, 2010 at 9:57 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 15, 2010 at 10:24 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number 15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

September 16, 2010 at 10:18 AM – Pre-Recorded Message
This is not a telemarketing call. Please contact Bennett Law concerning an important business matter at 1-877-749-2590 in reference to file number

15687622. We have representatives available to help you between the hours of 7 AM and 8 PM Mountain Standard Time Monday through Friday. You may also reach us on Saturday between the hours of 7 AM and 12 PM Mountain Standard Time.

12.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages"), the total number of calls exceeds 50.

13.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

14.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages.

15.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

16.     None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18.     Plaintiff incorporates Paragraphs 1 through 17.

19.     Defendant failed to disclose in the telephone messages that it is a debt

collector in violation of 15 U.S.C. §1692e(11). See _Foti v. NCO Fin. Sys_., 424 F.

Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs*.,

2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.     Plaintiff incorporates Paragraphs 1 through 17.

21.     Defendant placed telephone calls to Plaintiff without making

meaningful disclosure of its identity when it failed to disclose the purpose of

Defendant's communication in the telephone messages in violation of 15 U.S.C

§1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-

Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008);

*Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982);

and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.     Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

22.    Plaintiff incorporates Paragraphs 1 through 17.

23.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      a declaration that Defendant's calls violate the TCPA;

c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842

13

Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658