UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62045-CIV-ZLOCH

FRANK MANFRED, II,

      Plaintiff,

vs.                             **FINAL ORDER OF DISMISSAL**

BENNETT LAW, A PROFESSIONAL
LIMITED LIABILITY COMPANY
d/b/a BENNETT LAW,

      Defendant.
_____/

THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal Without Prejudice (DE 6) filed herein by Plaintiff, Frank Manfred II. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice Of Voluntary Dismissal Without Prejudice (DE 6) filed herein by Plaintiff, Frank Manfred II, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th   day of January, 2012.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copy furnished:
Donald A. Yarbrough, Esq.